**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSHUA T. DETHERAGE, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. CIV-26-17-G |
| | ) |
| DEPARTMENT OF THE TREASURY | ) |
| et al., | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Plaintiff Joshua T. Detherage, a state prisoner appearing pro se, filed this civil action on January 5, 2026. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

Judge Erwin issued a Report and Recommendation recommending that this case be dismissed without prejudice due to Plaintiff's failure to comply with the Court's Orders. *See* R. & R. (Doc. No. 9) at 1-3. In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object by April 6, 2026. *See id.* at 3. Judge Erwin further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.*

Plaintiff has since submitted two filings that address his inmate account and other issues. *See* Doc. Nos. 10, 11. Even liberally construed, Plaintiff's filings do not present any objection to Judge Erwin's findings or conclusions and cannot reasonably be considered an objection to the Report and Recommendation.

CONCLUSION

No objection having been filed, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.  A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge